1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARY HANNA and SHARON
     HANNA,

12
                                        NO. Civ.S-07-798 LKK/KJM
13          Plaintiffs,

14      v.                              **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER
15   MAYTAG CORPORATION, et al          <u>NOTIFICATION OF SETTLEMENT</u>**

16
            Defendants.
17   _____/

18       Counsel for plaintiff has filed a Notice of Settlement in the

19   above-captioned case.  The court now orders that the dispositional

20   documents disposing of the case be filed no later than September

21   24, 2007.

22       All hearing dates heretofore set in this matter are hereby

23   **VACATED.**

24   ////

25   ////

26   ////

                                   1

1       <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2 <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3 <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4       IT IS SO ORDERED.

5       DATED:  August 31, 2007.

6

7                               LAWRENCE K. KARLTON

8                               SENIOR JUDGE

9                               UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26