1
2
3
4
5
6
7

Bruce Nye, SBN 77608
ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California  94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendants
WHIRLPOOL CORPORATION and
MAYTAG CORPORATION

8

## UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

10
11
12
13
14
15
16
17

| | |
|---|---|
| GARY HANNA and SHARON HANNA,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYTAG CORPORATION, WHIRLPOOL CORPORATION, JOHN ANDERSON (d/b/a "Anderson Maytag") and DOES 1 to 60,<br><br>Defendants. | No. 2:07-CV-00798-LKK-KJM<br><br>(San Joaquin County Superior Court Case No. CV032149)<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Courtroom: 4<br>Judge: Honorable Lawrence K. Karlton |

18
19
20
21

Plaintiffs and Defendants Maytag Corporation and Whirlpool Corporation having fully resolved this matter, and Plaintiffs having determined not to proceed further against Defendant John Anderson, it is hereby stipulated by and between the parties, through their attorneys, that this matter may and shall be dismissed with prejudice.

22

Dated:  9/21/07                              COZEN & O'CONNOR

23
24
25
26
27
28

_____
        /s/
PHILLIP FANT
Attorneys for Plaintiffs GARY HANNA and
SHARON HANNA

1

1  DATED: 9/26/07                    ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP

2

3                                    By:_____/s/_____
                                                BRUCE NYE
4                                        Attorneys for Defendants
                                         MAYTAG CORPORATION and
5                                        WHIRLPOOL CORPORATION

6

7                                          ORDER

8

9        The parties having stipulated thereto, and good cause appearing,

10       IT IS HEREBY ORDERED that this entire matter be dismissed with prejudice.

11

12  Dated: September 28, 2007.

13

14

15  _____
    LAWRENCE  K.  KARLTON
16  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

PLD Stipulation for Dismissal (Hanna) (00138082).WPD STIPULATION AND ORDER FOR DISMISSAL